IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ADAM SPERA,

        Plaintiff,

  vs.                            No. CIV S-10-2014 GEB GGH PS

K.B. MERRILL ASSOCIATES, LLC,

        Defendant.         <u>ORDER</u>

_____/

        Plaintiff is proceeding in this action pro se. Defendant removed the action to this court on July 29, 2010. Before the court is plaintiff's motion for default judgment, filed August 25, 2010. Plaintiff asserts that defendant did not timely respond to his amended complaint. Although the amended complaint does not contain a proof of service, it was filed on August 9, 2010. If it was properly served, defendant has twenty-one days from that date to answer. Defendant filed a timely answer on August 27, 2010.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for default judgment, filed August 25, 2010, (dkt. # 8), is denied.

DATED: September 2, 2010

                                    /s/ Gregory G. Hollows

                                    GREGORY G. HOLLOWS,
                                    UNITED STATES MAGISTRATE JUDGE

GGH:076/Spera2014.ord.wpd

1