IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ADAM SPERA,

        Plaintiff,                          No. CIV S-10-2014 GEB GGH PS

    vs.

K.B. MERRILL ASSOCIATES, LLC,

        Defendant.                   <u>ORDER</u>

_____/

        Defendant has filed a notice of settlement,[1] and requests that the court vacate its order requiring that a joint status report be filed on October 8, 2010.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Dispositional papers shall be filed within thirty days of this order; and

        2. The order requiring a joint status report is vacated.

DATED: October 8, 2010

                                                           /s/ Gregory G. Hollows

                                          GREGORY G. HOLLOWS,
                                          UNITED STATES MAGISTRATE JUDGE

GGH:076/Spera2014.ord.wpd

---

[1] The notice was not signed by plaintiff.

1